IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**NORTHERN DIVISION**

| | |
|---|---|
| DONALD JEFFRIES, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIRGAS EAST, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. MJG 02-381 |

**ORDER**

Upon consideration of the parties' Stipulation for Dismissal with Prejudice, it is this 26th day of August, 2002, ORDERED

That the above-captioned case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

_____
Judge
United States District Court
for the District of Maryland



\\\BA - 65959/0012 - 140389 v1